1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FLORA B. STAMPS,

              Plaintiff,

  v.

MERVYN B. NICHOLAS; VETERANS
ADMINISTRATION; DOES 1 THROUGH
100, INCLUSIVE,

              Defendants.
_____/

**Case No. 14-01394 RS**

**ORDER EXTENDING TIME TO
AMEND COMPLAINT**

     On June 9, 2014, defendants' motion to dismiss was granted and plaintiff's complaint was

dismissed with leave to amend.  The Court's prior Order set a deadline of July 9, 2014, for plaintiff

to lodge any amended complaint.  Plaintiff has neither filed an amended complaint nor indicated to

the Court whether she intends to do so.  Plaintiff shall hereby be provided one further opportunity to

file an amended complaint on or before August 29, 2014, if she so desires.  If nothing is filed by that

date, the case will be dismissed without further notice.  The Case Management Conference

previously scheduled for August 28, 2014, is hereby vacated.

IT IS SO ORDERED.

Dated: August 11, 2014

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

Civ. 14-01394 RS
ORDER