UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORA B. STAMPS,<br><br>    Plaintiff,<br><br>    v.<br><br>MERVYN B. NICHOLAS, et al.,<br><br>    Defendants. | Case No. 14-cv-01394-RS<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

In a June 9, 2014 order, plaintiff Flora Stamps' complaint was dismissed with leave to amend. Stamps was directed to file an amended complaint no later than July 9, 2014. This deadline passed; Stamps did not submit an amended complaint. On August 14, 2014, the Court issued an order providing Stamps with "one further opportunity to file an amended complaint on or before August 29, 2014." Dkt. 19. The order made explicitly clear that if Stamps did not submit an amended complaint by the August 29 deadline, the case would be dismissed. To date, Stamps has declined to file an amended complaint or any other materials suggesting an intent to prosecute this action.

"When considering whether to dismiss a case for lack of prosecution, the district court must weigh the court's need to manage its docket, the public interest in expeditious resolution of litigation, and the risk of prejudice to the defendants against the policy favoring disposition of cases on their merits, and the availability of less drastic sanctions." *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984). Having considered the five factors set forth in *Ash*, and in view of Stamp's lack of response to this Court's prior orders, dismissal is the appropriate course in this matter. Accordingly, this action is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

1    **IT IS SO ORDERED**.

3    Dated: November 7, 2014

_____
RICHARD SEEBORG
United States District Judge